| 1. Person Reporting (last name, first, middle initial)<br><br>Beaty Jr., James A | 2. Court or Organization<br><br>US District Court - 4th Cir. | 3. Date of Report<br><br>05/09/06 |
| --- | --- | --- |
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Article III Judge | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,     Date<br>☐ Initial    ☒ Annual    ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br>01/01/2005<br>to<br>12/31/2005 |
| 7. Chambers or Office Address<br><br>251 N. Main Street - Suite 248<br>Winston-Salem, N.C. 27101-3984 | 8. On the basis of the Information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☒ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
| --- | --- |
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☒ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
| --- | --- |
| 1. | |
| 2. | |
| 3. | |

RECEIVED FINANCIAL DISCLOSURE OFFICE May 15 11 38 AM '06

| Name of Person Reporting | Date of Report |
|---|---|
| Beaty Jr., James A | 05/09/06 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2005 | NC Judicial Retirement Vested Benefit | $ 28,800 |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2005 | The Speech Center |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

☐ NONE *(No reportable reimbursements.)*

| SOURCE | DESCRIPTION |
|---|---|
| 1. 1983 Litigation Section | 7/26-28/05 Boston, MA (Travel, Lodging, Food) |
| 2. Judicial Conference | 6/29-7/1/05 Hot Springs, Va. (Travel, Lodging, Food) |
| 3. Workshop for Judges | 3/6-3/9/05 Williamsburg, VA (Travel, Lodging, Food) |
| 4. | |
| 5. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Beaty Jr., James A | 05/09/06 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-34 of instructions.)*

[ ] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. 1. | Equitable Life Insurance | Policy Loan | J |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Beaty Jr., James A | 05/09/06 |

## VII. INVESTMENTS and TRUSTS *– income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Wachovia Brokerage IRA | B | Dividend | K | T | | | | | |
| 2. Citigroup | | | | | | | | | |
| 3. Microsoft | | | | | | | | | |
| 4. General Electric | | | | | | | | | |
| 5. Omega Health Prop. Common | | | | | | | | | |
| 6. Lithium Technology/Common | | | | | | | | | |
| 7. Carolina Power & Light Common | | | | | | | | | |
| 8. American Power Conversion Company | | | | | Buy | 8/16 | J | | |
| 9. Duke Energy, Common | A | Dividend | J | T | | | | | |
| 10. Nations Bank Securities 401 Converted to IRA | A | Dividend | M | T | | | | | |
| 11. CSX, Corp., Common | A | Dividend | J | T | Sell | 11/1 | J | C | |
| 12. Exxon Mobile | A | Dividend | J | T | | | | | |
| 13. Vanguard, 500 Mutual Fund | A | Dividend | J | T | Exchanged | 8/5 | J | A | |
| 14. Vanguard Healthcare Mutual Fund | A | Dividend | K | T | | | | | |
| 15. Vanguard Emerging Mkt | A | Dividend | J | T | Buy/Exchange | 8/5 | J | | |
| 16. Bell South | A | Dividend | J | T | | | | | |
| 17. Mutual of New York-Whole Life | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Beaty Jr., James A | 05/09/06 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Mutual of New York-Whole Life | A | Dividend | J | T | | | | | |
| 19. Mutual of New York-Whole Life | A | Dividend | J | T | | | | | |
| 20. Equitable Life-Whole Life | A | Dividend | K | T | | | | | |
| 21. Equitable Variable Life-Whole Life | A | Dividend | J | T | | | | | |
| 22. Equitable Variable-Alliance Common Stock Fund | A | Dividend | J | T | Surrender | 2/15 | J | A | |
| 23. Equitable Variable-Alliance Common Stock Fund | A | Dividend | J | T | | | | | |
| 24. State Farm Universal-Whole Life | A | Dividend | J | T | | | | | |
| 25. RBC Certificate of Deposit | A | Interest | J | T | Closed | 12/15 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

As previously noted , monthly contributions are made into Dividened Reinvestment Plans or Investor Plans in each of the following lists of securities or mutual funds: (9) Duke Energy, (12) Exxon Mobil, (16) BellSouth, (13) Vanguard 500 Index Mutual Fund, (14) Vanuard Health Care Index Fund, and the newly acquired (15)Vanguard Emerging Market Fund.

| Name of Person Reporting | Date of Report |
|---|---|
| Beaty Jr., James A | 05/09/06 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

Date _May 9, 2006_

NOTE: A ... FIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544